No. 884. PREVETTE, ADMINISTRATOR, ET AL. *v.* UNITED STATES. April 2, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit, and

motion for leave to proceed further *in forma pauperis*, denied. *Mr. Robert H. McNeill* for petitioners. No appearance for the United States.